# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| CALVIN HORTON | CIVIL ACTION NO. 15-2580-P |
| VERSUS | JUDGE FOOTE |
| JAMES ARONALD, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed with prejudice** as frivolous under 28 U.S.C. § 1915(e). The Clerk of Court is instructed to send a copy of this judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 23rd day of March, 2018.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE